AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**STEPHEN BUSCHER**<br><br>*Defendant* | ) Case: 1:25-cr-00069<br>) Assigned To : Judge Royce C. Lamberth<br>) Assign. Date : 03/13/2025<br>) Description: Indictment (B)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   STEPHEN BUSCHER
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1349 (Conspiracy to Commit Wire and Mail Fraud)
18 U.S.C. §§ 1343, 2 (Wire Fraud and Aiding and Abetting)

Date: 03/13/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/13/2025, and the person was arrested on *(date)* 03/17/2025
at *(city and state)* Memphis, TN.

Date: 03/17/2025

*Arresting officer's signature*

Alex Meyer IRS-CI
*Printed name and title*