UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISIONAL OFFICE
ODELL HORTON FEDERAL BUILDING
and UNITED STATES COURTHOUSE
167 N. MAIN STREET, ROOM 262
MEMPHIS, TENNESSEE 38103

WENDY OLIVER,                                                         JASON KADZBAN
CLERK OF COURT                                                        CHIEF DEPUTY, MEMPHIS

March 17, 2025

Clerk, U. S. District Court
District of Colombia

RE:    USA v. **Stephen Buscher**
       Your Case #   **1:25-cr-069**
       Our Case # **2:25-mj-010-1 cgc**

Dear Clerk:

   Please be advised that the above referenced defendant was arrested in the Western District of Tennessee (Memphis) on a warrant issued by the District of Colombia and appeared before United States Magistrate Judge Charmiane G. Claxton on March 17, 2025.

[   ]   The defendant has been detained and remanded to the custody of the United States Marshal for transport.

[ **X** ]   The defendant has been released on a $500,000.00 – 10% Cash Deposit bond and ordered to appear in your district on the following date: 3/31/2025 at 9:00 AM at the Court Clerks Office

All documents completed in this district may be accessed via PACER and at our website at: https://ecf.tnwd.uscourts.gov.

                                                    Thank you,

                                                    WENDY OLIVER, CLERK

                                                    BY:    s/ Chris Sowell
                                                           Chris Sowell, Case Manager
                                                           (901) 495-1218

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:25-cr-00069 |
|  | ) Assigned To : Judge Royce C. Lamberth |
| STEPHEN BUSCHER | ) Assign. Date : 03/13/2025 |
|  | ) Description: Indictment (B) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   STEPHEN BUSCHER

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  18 U.S.C. § 1349 (Conspiracy to Commit Wire and Mail Fraud)
  18 U.S.C. §§ 1343, 2 (Wire Fraud and Aiding and Abetting)

Date: 03/13/2025

_____
*Issuing officer's signature*

City and state:   Washington, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/13/2025, and the person was arrested on *(date)* 03/17/2025
at *(city and state)* Memphis, TN

Date: 03/17/2025

_____
*Arresting officer's signature*

Alex Meyer IRS-CI
*Printed name and title*

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>STEPHEN BUSCHER<br><br>*Defendant* | )<br>)<br>)  Case No.  2:25-mj-010-1 cgc<br>)<br>) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____STEPHEN BUSCHER_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( X )     to appear for court proceedings;
    ( X )     if convicted, to surrender to serve a sentence that the court may impose; or
    ( X )     to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1)   This is a personal recognizance bond.

(   ) (2)   This is an unsecured bond of $ _____ .

( X ) (3)   This is a secured bond of $ __500,000.00__ , secured by:

    ( X ) (a) $ __50,000.00__ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 03/17/2025

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date: 03/17/2025

s/Chris Sowell
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 03/17/2025

s/Charmiane G. Claxton
*Judge's signature*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                                 Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

United States of America )
v. )
STEPHEN BUSCHER )   Case No. 2:25-mj-010-1 cgc
)
)
*Defendant*

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: U.S. District Court, District of Colombia, 333 Constitution Ave, N.W. Room 1225
*Place*
Washington, D.C. 20001 at the Office of the Clerk of Court

on _____ 3/31/2025 9:00 am _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 09/24) Additional Conditions of Release                                                                                                         Page ____ of ____ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
          Person or organization _____
          Address *(only if above is an organization)* _____
          City and state _____    Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                             Signed: _____
                                                              *Custodian*                                *Date*

( ☐ )  (7)  The defendant must:
   ( ☑ )  (a)  submit to supervision by and report for supervision to the   Pretrial Office ,
              telephone number   901-495-1550  , no later than   release from cusody  .
   ( ☐ )  (b)  continue or actively seek employment.
   ( ☐ )  (c)  continue or start an education program.
   ( ☑ )  (d)  surrender any passport to:   Clerk of Court - Western District of Tennessee
   ( ☑ )  (e)  not obtain a passport or other international travel document.
   ( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:   Defendant is restricted in travel and residence to the
              Western District of Tennessee & District of Colombia without prior approval of the Pretrial Services office.
   ( ☐ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
              including: _____
   ( ☐ )  (h)  get medical or psychiatric treatment: _____
   ( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
              or the following purposes: _____
   ( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   ( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
   ( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
   ( ☐ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   ( ☐ )  (n)  submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
   ( ☐ )  (o)  participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
   ( ☐ )  (p)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
         ( ☐ )  pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.
   ( ☐ )  (q)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.
         i. Following the location restriction component (**check one**):
            ( ☐ ) (1)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
            ( ☐ ) (2)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
            ( ☐ ) (3)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or
            ( ☐ ) (4)  **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring **should be** used in conjunction with global positioning system (GPS) or virtual mobile application technology.

AO 199B (Rev. 09/24) Additional Conditions of Release

Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

    (ii) submit to the following location monitoring technology (**check one**):

        ( ☐ ) (1)   Location monitoring technology as directed by the pretrial services or supervising officer; or
        ( ☐ ) (2)   GPS; or
        ( ☐ ) (3)   Radio Frequency; or
        ( ☐ ) (4)   Voice Recognition; or
        ( ☐ ) (5)   Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

    (iii) ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☐ ) (r) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (s) Third Party risk notification as directed by Pretrial Services. No access to personal identity or account information of other persons. Not apply for or open any loan, line of credit, or financial account without prior approval of Pretrial Services.

AO 199C  (Rev. 09/08) Advice of Penalties                                                                                                           Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   3/17/2025                                             s/Charmiane G. Claxton
_____                     _____
                                                                            *Judicial Officer's Signature*

                                                            CHARMIANE G. CLAXTON, UNITED STATES MAGISTRATE JUDGE
                                                            _____
                                                                                *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:25-mj-010-1 cgc |
| STEPHEN BUSCHER | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:25-cr-069 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court, District of Colombia 333 Constitution Avenue, Room 1225 Washington, D.C. 20001 | Courtroom No.: |
|---|---|
| | Date and Time: 3/31/2025 9:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 03/17/2025

s/ Charmiane G. Claxton
*Judge's signature*

CHARMIANE G. CLAXTON, U.S. MAGISTRATE JUDGE
*Printed name and title*

 CM/ECF

- [Civil](Civil)
- [Criminal](Criminal)
- [Query](Query)
- [Reports](Reports)
- [Utilities](Utilities)
- [Search](Search)
- Help
- [What's New](What's New)
- [Log Out (Judy Easley)](Log Out)

[Jump to Docket Entries](Jump to Docket Entries)

# U.S. District Court
## Western District of Tennessee (Memphis)
### CRIMINAL DOCKET FOR CASE #: 2:25-mj-00010-cgc-1 *SEALED*
### INTERNAL USE ONLY

Case title: USA v. SEALED

Date Filed: 03/17/2025

Other court case number:  1:25-cr-00069 District of Columbia

Assigned to: Magistrate Judge Charmiane G. Claxton

**Defendant (1)**

Stephen Buscher                                   represented by   John A. Irvine , Jr.
                                                                   SHEA MOSKOVITZ & MCGHEE
                                                                   530 Oak Court Dr.
                                                                   Ste. 355
                                                                   Memphis, TN 38117
                                                                   901-821-0044
                                                                   Fax: 901-821-0581
                                                                   Email: jirvine@mmbcm.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Designation: Retained*

**Pending Counts**                                **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                             **Disposition**
                                                  USA v. SEALED (2:25-mj-00010-cgc *SEALED*)

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Eileen Kuo**<br>U.S. ATTORNEY'S OFFICE - Memphis<br>Western District of Tennessee<br>167 N. Main St.<br>Suite 800<br>Memphis, TN 38103<br>901-544-4231<br>Email: eileen.kuo@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

[Email Attorneys, Primary Addresses]
[Email Attorneys, Primary and Secondary Addresses]

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2025 | view 7 | NOTICE: Case as to Stephen Buscher transferred to the District of Colombia via email. (cas) (Entered: 03/18/2025) |
| 03/18/2025 | view 5 | APPEARANCE Cash Bond Entered as to Stephen Buscher in amount of $ 500,000.00 secured by $50,000.00 Cashier Check deposit paid to the Clerk of Court, Receipt # 200006149. (cmm) (Entered: 03/18/2025) |
| 03/17/2025 | view 6 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Stephen Buscher. Signed by Magistrate Judge Charmiane G. Claxton on 3/17/2025. (Claxton, Charmiane) (Entered: 03/18/2025) |
| 03/17/2025 | view 4 | ORDER Setting Conditions of Release as to Stephen Buscher (1) $500,000.00-10% Deposit paid to the Clerk of Court. Signed by Magistrate Judge Charmiane G. Claxton on 3/17/2025. (Claxton, Charmiane) (Entered: 03/18/2025) |
| 03/17/2025 | LOCK view 3 | *SEALED* Sealed Bail Information Sheet as to Stephen Buscher. (cas) (Entered: 03/18/2025) |
| 03/17/2025 | view 2 | Minute Entry for proceedings held before Magistrate Judge Charmiane G. Claxton: Initial Appearance in Rule 5 Proceedings as to Stephen Buscher held on 3/17/2025. Defendant in custody on an arrest warrant out of the District of Colombia. Defendant appeared with retained counsel. The Court read the charges to the defendant and advised him of his rights. Defendant waived his rights to a Identity Hearing. Government agrees to a bond for the defendant. Bond set at $500,000.00 USA v. SEALED (2:25-mj-00010-cgc *SEALED*) |

|  |  | Requiring Defendant to Appear in the District where Charges are Pending and Transferring Bail entered. Case transferred to the District of Colombia. (AUSA: E. Kuo. Defense Counsel: J. Irvine-Retained.) (Tape #FTR CR5) (cas) (Entered: 03/18/2025) |
|---|---|---|
| 03/17/2025 | view1 | Out of District Arrest Warrant Returned Executed on 3/17/2025 as to Stephen Buscher. (Attachments: # 1 Indictment)(cas) (Entered: 03/18/2025) |