## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                              :
           v.                  :     Case No. 25-CR-69 (RCL)
                              :
ERLEND OLSON, ET AL.        :
                              :
     Defendants.          :

### [PROPOSED] ORDER

Now before the Court is the government's Consent Motion to Continue the status hearing currently set for September 2, 2025. Upon consideration, the motion is hereby GRANTED. The status hearing set for September 2, 2025, is VACATED. And a new status hearing date is set for _____November 3___, 2025 at _11:00a.m._ With each defendant's consent and for the reasons stated in the government's motion, time is excluded under the Speedy Trial Act until ___11/3/25_, as the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial

Date: 8/29/25

_____
THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

4