UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERLEND OLSON, *et al.*,<br><br>    *Defendants.* | Case No. 1:25-cr-69-RCL |

ORDER

Upon consideration of the parties' [ECF No. 100] joint status report, the Court will hold the status conference scheduled for March 18, 2026, for the purpose of scheduling the Section 2 hearing on a date when the Court and the parties are available.

**IT IS SO ORDERED.**

Date: 3-16-26

Royce C. Lamberth
United States District Judge