# Exhibit 1



**U.S. Department of Justice**

Criminal Division

_____

*Tax Section*                                              *Washington, D.C. 20530*

ATD:JNK:AHughes
DJ 5-16-5340
CMN 2025200500

                                        April 13, 2026

Barry Coburn, Esq.
Coburn & Eisenstein PLLC
1200 G Street, NW
8th Floor
Washington, D.C. 20005

        Re:     Return of Digital Evidence, <u>United States v. Olson et al. (25-cr-69 (RCL))</u>

Dear Mr. Coburn:

        As you know, the government executed a search warrant at your client Erlend Olson's residence in Albuquerque, New Mexico, on June 30, 2021. Pursuant to the warrant, law enforcement officers forensically imaged a total of 16 digital devices and returned all the physical devices to Erlend Olson. A list of the 16 digital devices that were imaged is attached (Attachment A). IRS-Criminal Investigation stored the forensic images of these devices in accordance with its protocols.

        All processed data from the two cell phones (Apple iPhone 12 and Samsung Galaxy Note 10+) (items 1 and 2 on Attachment A) were produced by the filter team only to the defendants and *not* to the investigative team in accordance with the privilege protocol (ECF No. 63). Moreover, no member of the government's investigative team has ever viewed the contents of any of the 16 devices listed in Attachment A. Based upon the nature of the investigation and the other evidence available to the government, the government has no intention of reviewing or using any of the material contained in the forensic images of these devices.

        Accordingly, and with this letter, the government hereby notifies you, as counsel for Erlend Olson, that the government is returning the remaining 14 electronic device images to you without viewing, or retaining copies of, the contents.  As a result, no member of the government's investigative team will ever view the forensic images of the digital devices listed in Attachment A, and once these images have been removed from government data systems, no member of the government's investigative team will have the ability to view these forensic images in the future. We understand that IRS-CI Supervisory Special Agent Brad Kilkowski delivered the device images to your colleague Liz Goldman on April 2, 2026.

Thank you, and please feel free to contact us with any questions.

Sincerely yours,

*/s/ Alexis S. Hughes*
ALEXIS S. HUGHES
Trial Attorney
Department of Justice, Criminal Division

*/s/ Rebecca G. Ross*
REBECCA G. ROSS
JOLIE F. ZIMMERMAN
SARAH C. RANNEY
Assistant U.S. Attorneys
U.S. Attorney for the District of Columbia

**Attachment A**

| | | | |
|---|---|---|---|
| 1 | Apple iPhone 12 ProMax MG963LL/A | Serial # G0NFD1HY0D47 | Olson's person |
| 2 | Samsung Galaxy Note 10+ SM-N975U1 | Serial # RF8M73S07ZF | Office 2, on wireless charger on desk |
| 3 | 16 GB USB flash drive | Serial # XX17C312 | Office desk drawer |
| 4 | Kingston DTSE9 flash drive | Serial # 50E54951374B08039543920 | Office 2, in laptop bag on floor |
| 5 | Apple iPhone 12 Pro MGJN3W1A | Serial # G6TDT2M30D81 | Bedroom 1 |
| 6 | Seagate SRD00F2 4TB Ext. USB HD | Serial # NA7EK6Z3 | Bedroom 5, Closet 2, in safe |
| 7 | Hterepi 256 GB USB flash drive | | Office 2, in laptop bag on floor |
| 8 | 1TB Seagate HD in Dell laptop | Service tag B8DFH72, Model # ST1000LM014, Serial # W7726W3R | Bedroom 5, Closet 2, in safe |
| 9 | 500GB Seagate HD Lenovo laptop | SN: MP13CDQH, Model #80SA, Serial #MP13CDQH | Office on shelf |
| 10 | 1TB Samsung NUME from HP ZBook laptop | Build ID 15WWZ0EW601 #SABA #DABA, Serial # S34DNX0J800398 | Bedroom 5, Closet 2, in safe |
| 11 | HP ZBook | Build ID 15WWZ0EW601 #SABA #DABA, Samsung Model #MZVKWIT0HMLH, Serial #S34DNX0J800392 | Bedroom 5, Closet 2, in safe |
| 12 | HP ZBook | Model #5SJ36AV, Serial #5CD9302HNL, NVME Model# MZ-VLBIT00, Serial #S3WSNX0M115089 | Bedroom 5, Closet 2, in safe |
| 13 | Staples 16GB USB flash | | Office 2, in bag on floor |
| 14 | HP Spectre X360 laptop (drive 1 of 2) | Serial # 15-eb0053dx, 5CD103XF0W | Bedroom 5, Closet 2, in safe |
| 15 | HP Spectre X360 laptop (drive 2 of 2) | Serial # SCD103XF0W | Bedroom 5, Closet 2, in safe |
| 16 | Toshiba NVME drive from HP laptop | | Office 2, on desk |