# Exhibit 2



**U.S. Department of Justice**

Criminal Division

---

*Tax Section*                                                        *Washington, D.C. 20530*

ATD:JNK:AHughes
DJ 5-16-5340
CMN 2025200500

April 13, 2026

Nicole H. Sprinzen
Cozen O'Connor Law Firm
2001 M Street NW, Suite 500
Washington, DC 20036

      Re:    Return of Digital Evidence, <u>United States v. Olson et al. (25-cr-69 (RCL)</u>

Dear Ms. Sprinzen:

We understand that you represent Brevet Capital/LTS, which holds Theia's receivership. As you are aware, the government executed a search warrant at Theia's Washington, D.C. headquarters on June 30, 2021. Pursuant to the warrant, law enforcement officers forensically imaged digital devices found on the premises. A list of the devices is Attachment A to this letter. The physical devices were imaged on premises and left on premises. The forensic images of the devices (the "device images") were stored at IRS-CI in accordance with its protocols.

No member of the government's investigative team has ever viewed the contents of any of the devices listed in Attachment A. Based upon the nature of the investigation and the other evidence available to the government, the government has no intention of reviewing or using any of the material contained in the forensic images of these devices.

Accordingly, and by this letter, the government hereby notifies you, as counsel for Brevet Capital/LTS, that the government is returning these device images to you without viewing, or retaining copies of, the contents. As a result, no member of the investigative team will ever view the forensic images of the devices listed in Attachment A, and these images have been removed from government data systems, no member of the investigative team will have the ability to view these forensic images in the future.

As noted below, a copy of this letter is also being sent to Barry Coburn, counsel for Erlend Olson, Michael Diamondstein, counsel for John Gallagher, Whitney Ellerman, counsel for Stephen Buscher, and Max Nicholas, counsel for Jamil Swati.

At your convenience, please contact IRS-CI Special Agent Brad Kilkowski at 202-394-7176 to set up a time for the device images to be returned to you or a designated representative for Theia. Thank you in advance and please feel free to contact us with any questions.

Sincerely yours,

*/s/ Alexis S. Hughes*
ALEXIS S. HUGHES
Trial Attorney
Department of Justice, Criminal Division

*/s/ Rebecca G. Ross*
REBECCA G. ROSS
JOLIE F. ZIMMERMAN
SARAH C. RANNEY
Assistant U.S. Attorneys
U.S. Attorney for the District of Columbia

cc:    Barry Coburn, counsel for Erlend Olson
       Michael Diamondstein, counsel for John Gallagher
       Whitney Ellerman, counsel for Stephen Buscher
       Max Nicholas, counsel for Jamil Swati



**U.S. Department of Justice**

Criminal Division

---

*Tax Section*                                                          *Washington, D.C. 20530*

ATD:JNK:AHughes
DJ 5-16-5340
CMN 2025200500

April 14, 2026

Nicole H. Sprinzen
Cozen O'Connor Law Firm
2001 M Street NW, Suite 500
Washington, DC 20036

     Re:    Return of Digital Evidence*, United States v. Olson et al. (25-cr-69 (RCL)*

Dear Ms. Sprinzen:

    We write to correct and clarify a statement in our letter dated April 13, 2026. We just learned that, with reference to Attachment A, nine items from Suite 800 and all items from Suite 600 were removed from the premises for imaging and were not returned to Theia. Therefore, we would like to set up a time for Special Agent Kilkowski to hand-deliver the two hard drives of digital images and all the physical devices that were not imaged on site.

                                Sincerely yours,

                                */s/ Alexis S. Hughes*
                                ALEXIS S. HUGHES
                                Trial Attorney
                                Department of Justice, Criminal Division

                                */s/ Rebecca G. Ross*
                                REBECCA G. ROSS
                                JOLIE F. ZIMMERMAN
                                SARAH C. RANNEY
                                  Assistant U.S. Attorneys
                                U.S. Attorney for the District of Columbia

**Attachment A**

| | | | |
|---|---|---|---|
| HP Model: Envy | S/N: BCG8214H9X | Hyperion Conference Room, on table | Suite 800 |
| Intel Desktop Model NUC | S/N: G6BN91100L7K | Cubicle 1, L1 Cubicle | Suite 800 |
| Intel Desktop Model NUC | S/N: G6BE93400JZE | John Gallagher's Office, on standup desk | Suite 800 |
| Custom Tower Model: Iseries R1331340G | S/N: 01184136500070 | Joseph Fargnoli's Office, on Desk 1 | Suite 800 |
| Microsoft Surface Book 2 | S/N: 022646183857 | Joseph Fargnoli's Office, on Desk 2 | Suite 800 |
| Hot Tips black/silver USB drive | | Cubicle 2, Desk 1 | Suite 800 |
| Black and Silver 32 GB USB | | Cubicle 2, Desk M1 keyboard | Suite 800 |
| Intel NUC_JOSUE_DURAN Model: Box NUC817HVK2 | S/N: BTHN825004GS | Cubicle 2, on Desk M1 | Suite 800 |
| Samsung Galaxy Tab S6 | S/N: Unknown | Cubicle 2, bottom drawer of Desk 1 | Suite 800 |
| Microsoft Laptop | S/N: 041640684854 | Cubicle 2, bottom drawer of Desk 1 | Suite 800 |
| HP Laptop Elite Book Model Elite Book X3601040G6 | S/N: 5CG03142ZS | Cubicle 3, in cabinet by Desk N1 | Suite 800 |
| Venderco USB-Theia | | Cubicle 2, Desk M1 by keyboard | Suite 800 |
| Intel Model NUC | S/N: GEFN009006VS | Lobby, in Room A on Desk | Suite 800 |
| Intel Model NUC | S/N: G6BE92900KK8 | Cubicle 3, on Desk | Suite 800 |
| Toshiba Hard Drive Model DT01ACA050 | S/N: 884LVNAAS | Cubicle 3, Desk 5 Drawer | Suite 800 |
| Seagate Backup Plus Portable Drive | S/N: NA9NLRS7 | Cubicle 3, Desk N2 in drawer | Suite 800 |
| Seagate Backup Plus | S/N: NA7PESBT | Cubicle 3, Desk N4 in drawer | Suite 800 |
| HP Model Envy | S/N: 8CG8228G8B | Orion Room, on Conference Table | Suite 800 |
| Western Digital Model MyPassport | S/N: WXG1A695TALR | Office 1, on Desk | Suite 800 |

| | | | |
|---|---|---|---|
| HP 300 GB Hard Drive | S/N: 57Q0A05NFXFP | Server Room, on top of boxes | Suite 600 |
| HP 300 GB Hard Drive | S/N: 4370A1SMFRP8 | Server Room, on top of boxes | Suite 600 |
| Microsoft Surface Tablet | S/N: 023788781853 | Computer Closet, on shelf | Suite 600 |
| 5 Hard Drives (D, E, F, G, and OS) | | Server Room, inside Ideal Star Server (not in use) | Suite 600 |
| Microsoft Surface Tablet | S/N: 026504481953 | Computer Closet, on shelf | Suite 600 |
| Microsoft Surface Tablet | S/N: 015298381953 | Computer Closet, on shelf | Suite 600 |
| HP Envy Laptop | S/N: 8CG8227SL1 | Computer Closet, in laptop bag on shelf | Suite 600 |