**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | |
| v.                              ) | **Case No. 25-cr-69-RCL** |
| ) | |
| **STEPHEN BUSCHER,**            ) | |
| ) | |
| ) | |
| *Defendant.*              ) | |
| ) | |
| ) | |

**ORDER**

Upon consideration of Defendant Stephen Buscher's **Emergency Motion to Preserve Digital Evidence**, the Court orders that the motion is GRANTED. It is further ORDERED that the Government shall preserve all existing devices and forensic images from the Olson and Theia seizures identified in the Motion and halt any further transfer, delivery, or deletion of any portion thereof. The Court will set a hearing on the matter on a date when the Court and the parties are available.

**IT IS SO ORDERED.**

Date:_____          _____
                                       Hon. Royce C. Lamberth
                                       United States District Judge