# EXHIBIT A

## Categorical Analysis of the Fuqua Privilege Log

This Exhibit summarizes selected categories of entries on the Fuqua Interim Privilege Log dated August 10, 2023 (the "Privilege Log"), which contains 12,838 total entries spanning October 23, 2017 through October 5, 2022. The categories below are illustrative of communications withheld on assertions of privilege whose disclosure is material to Defendant Stephen Buscher's defense. The categories are not exhaustive and are not mutually exclusive: a single entry may appear in more than one category.

### Category 1: Communications in Which Buscher Was a Participant

Entries on which Buscher is identified as the sender, a recipient (To), a CC, or a BCC. Buscher has no independent access to these communications.

| Subset | Entries | Bates range |
|---|---|---|
| All entries (entire log) | 287 | FUQUA-1661369 to FUQUA-1729637 |
| November 2020 to January 2021 (charged conduct) | 54 | FUQUA-1661371 to FUQUA-1729637 |
| January 2021 to August 2021 (Buscher's tenure) | 252 | FUQUA-1661446 to FUQUA-1729532 |
| May 2021 to August 2021 (reporting/resignation) | 153 | FUQUA-1661566 to FUQUA-1729532 |

### Category 2: Communications in Which Buscher Was the Subject But Not a Participant

Entries in which Buscher is identified by name in the Message Subject but in which Buscher is not listed as sender, recipient, CC, or BCC. These are communications discussing Buscher conducted outside his presence.

| Subset | Entries | Bates range |
|---|---|---|
| All entries (entire log) | 11 | FUQUA-1704704 to FUQUA-1725309 |

**Category 3: Communications Among Olson, Gallagher, and/or Sullivan, Excluding Buscher**

Entries on which one or more of Erlend Olson, John Gallagher, Eugene Sullivan (Judge Sullivan), or Eugene Sullivan Jr. is listed as a participant, and on which Buscher is not listed as any participant. Communications among the principal actors during the relevant periods, with the defendant excluded.

| Subset | Entries | Bates range |
|---|---|---|
| All entries (entire log) | 4,040 | FUQUA-1661507 to FUQUA-1729598 |
| November 2020 to January 2021 (charged conduct) | 330 | FUQUA-1662113 to FUQUA-1729598 |
| May 2021 to August 2021 (reporting/resignation) | 612 | FUQUA-1662115 to FUQUA-1729596 |

**Category 4: Communications Concerning Specific Transactions and Subjects Underlying the Charged Conduct**

Entries in which the Message Subject, File Name, or Privilege Description references one of the specific transactions, entities, or subject matters at issue in this prosecution. Counts below are based on appearance in any of those three fields.

| Subject matter | Entries | Bates range |
|---|---|---|
| Brevet | 497 | FUQUA-1661524 to FUQUA-1729599 |
| Aircraft | 157 | FUQUA-1662837 to FUQUA-1728417 |
| Theia Aviation / TAG | 65 | FUQUA-1665120 to FUQUA-1729505 |
| Certification | 57 | FUQUA-1661065 to FUQUA-1729500 |
| Escrow | 55 | FUQUA-1661417 to FUQUA-1728085 |
| Audit (Theia/company audit-related) | 30 | FUQUA-1663992 to FUQUA-1724448 |
| Deloitte | 21 | FUQUA-1662870 to FUQUA-1724448 |
| Bulltick | 17 | FUQUA-1679671 to FUQUA-1726346 |

| Subject matter | Entries | Bates range |
| --- | --- | --- |
| PNC | 10 | FUQUA-1668473 to FUQUA-1718525 |
| Fargnoli (subject only) | 9 | FUQUA-1673208 to FUQUA-1728354 |
| Fuqua (subject only) | 2 | FUQUA-1727346 to FUQUA-1727439 |

**Note on Methodology**

Counts in this Exhibit were generated by filtering the fields of the Privilege Log. Field-based filtering may produce de minimis variance from manual review of all 12,838 entries. Search parameters are available upon request.