# EXHIBIT B

## Selected Entries from the Fuqua Interim Privilege Log

*Defendant's Motion to Compel, United States v. Stephen Buscher, 1:25-cr-00069 (RCL)*

This exhibit reproduces specific entries from the Fuqua Interim Privilege Log dated August 10, 2023 referenced by Bates number in the accompanying Motion to Compel. The full log was produced to defendants by the Government as part of its discovery production in this matter.

### I. June 13-14, 2021 Sullivan-Olson Communication Series

The five entries below are the communications, and the attached Microsoft Word document, sent in the days following Defendant Buscher's fraud reports to Judge Sullivan as a Board member.

### Entry 1: FUQUA-1722489

| | |
|---|---|
| **Control Number** | 20220120_0034457 |
| **Group Identifier** | 20220120_0034457 |
| **Bates Number** | FUQUA-1722489 |
| **Date** | 2021-06-13 00:35:00 |
| **Message Subject** | [External] Fwd: ATTORNEY CLIENT PRIVILEGED - CONFIDENTIAL WORK PRODUCT |
| **File Name** | 000000004739B1438561D84FA459044F4D888038240A2300.MSG |
| **File Type** | Outlook Message File |
| **Message From** | Judge Sullivan [judgesullivan@freehsporkinsullivan.com] |
| **Message To** | ****Board member John Gallagher [John@gallagher-law.com];Erlend Olson [EOlson@tgi-hq.com] |
| **Message CC** | Judge Sullivan [Judgesullivan@freehsporkinsullivan.com] |
| **Message BCC** | — |
| **Privilege** | Privileged - Withhold in Full |
| **Privilege Claim** | Attorney Client Privileged |
| **Privilege Description** | Privileged email with counsel regarding NDA review. |

### Entry 2: FUQUA-1722491

| | |
|---|---|
| **Control Number** | 20220120_0121591 |
| **Group Identifier** | 20220120_0121591 |
| **Bates Number** | FUQUA-1722491 |

| | |
|---|---|
| **Date** | 2021-06-13 02:07:00 |
| **Message Subject** | Re: [External] Fwd: ATTORNEY CLIENT PRIVILEGED - CONFIDENTIAL WORK PRODUCT |
| **File Name** | 00000000109189D3F043174EB5B26EAD165D1C9904732200.MSG |
| **File Type** | Outlook Message File |
| **Message From** | Erlend Olson [EOlson@tgi-hq.com] |
| **Message To** | Judge Sullivan [judgesullivan@freehsporkinsullivan.com];****Board member John Gallagher [John@gallagher-law.com] |
| **Message CC** | — |
| **Message BCC** | — |
| **Privilege** | Privileged - Withhold in Full |
| **Privilege Claim** | Attorney Client Privileged |
| **Privilege Description** | Privileged email with counsel regarding draft agreements review. (Eugene Sullivan/Esq.) |

### Entry 3: FUQUA-1722493

| | |
|---|---|
| **Control Number** | 20220120_0147017 |
| **Group Identifier** | 20220120_0147017 |
| **Bates Number** | FUQUA-1722493 |
| **Date** | 2021-06-13 19:37:00 |
| **Message Subject** | ATTORNEY CLIENT PRIVILEGED - CONFIDENTIAL WORK PRODUCT |
| **File Name** | 00000000109189D3F043174EB5B26EAD165D1C99E4BF3100.MSG |
| **File Type** | Outlook Message File |
| **Message From** | Erlend Olson [EOlson@tgi-hq.com] |
| **Message To** | Judge Sullivan [judgesullivan@freehsporkinsullivan.com] |
| **Message CC** | ****Board member John Gallagher [John@gallagher-law.com] |
| **Message BCC** | — |
| **Privilege** | Privileged - Withhold in Full |
| **Privilege Claim** | Attorney Client Privileged |
| **Privilege Description** | Privileged email with counsel regarding draft agreements review. (Eugene Sullivan/Esq.) |

### Entry 4: FUQUA-1722516

| | |
|---|---|
| **Control Number** | 20220120_0147280 |

| Group Identifier | 20220120_0147280 |
| --- | --- |
| Bates Number | FUQUA-1722516 |
| Date | 2021-06-14 16:20:00 |
| Message Subject | ATTY CLIENT PRIV WORK PRODUCT |
| File Name | 00000000109189D3F043174EB5B26EAD165D1C99C4E03100.MSG |
| File Type | Outlook Message File |
| Message From | Erlend Olson [EOlson@tgi-hq.com] |
| Message To | judge sullivan [judgesullivan@freehsporkinsullivan.com];esullivan@freehsporkinsullivan.com |
| Message CC | — |
| Message BCC | — |
| Privilege | Privileged - Withhold in Full |
| Privilege Claim | Attorney Client Privileged |
| Privilege Description | Privileged email with counsel regarding investment approval plan. (John Gallagher/Esq.) |

### Entry 5: FUQUA-1722517

| Control Number | 20220120_0147281 |
| --- | --- |
| Group Identifier | 20220120_0147280 |
| Bates Number | FUQUA-1722517 |
| Date | 2021-06-14 16:20:00 |
| Message Subject | — |
| File Name | TO BOARD 14 JUNE 2021.docx |
| File Type | Microsoft Office Word Open XML Format |
| Message From | — |
| Message To | — |
| Message CC | — |
| Message BCC | — |
| Privilege | Privileged - Withhold in Full |
| Privilege Claim | Attorney Client Privileged |
| Privilege Description | Privileged email with counsel |

## II. Communications Concerning Defendant Buscher by Name

The five entries below are communications captioned in the Message Subject with reference to Defendant Buscher (or his initials), and a Microsoft Word document titled "PLAINTIFF BUSCHER.docx" attached to the last of those communications.

### Entry 1: FUQUA-1722921

| | |
|---|---|
| **Control Number** | 20220120_0103947 |
| **Group Identifier** | 20220120_0103947 |
| **Bates Number** | FUQUA-1722921 |
| **Date** | 2021-07-01 10:59:00 |
| **Message Subject** | Re: Response to Buscher's Email Diatribe |
| **File Name** | 0000000054140BFDA2B42B47961ED4A2F419627A643E2500.MSG |
| **File Type** | Outlook Message File |
| **Message From** | Eugene Sullivan [esullivan@tgi-hq.com] |
| **Message To** | Erlend Olson [EOlson@tgi-hq.com];James Hickey [jhickey@tgi-hq.com];Judge Eugene Sullivan [judgesullivan@tgi-hq.com];John Gallagher (john@gallagher-law.com) [john@gallagher-law.com] |
| **Message CC** | — |
| **Message BCC** | — |
| **Privilege** | Privileged - Withhold in Full |
| **Privilege Claim** | Attorney Client Privileged |
| **Privilege Description** | Privileged email with counsel regarding review of draft lease agreement. (Ali El Hage Filho/Esq./Veirano Avogados). |

### Entry 2: FUQUA-1680094

| | |
|---|---|
| **Control Number** | 20220120_0234821 |
| **Group Identifier** | 20220120_0234821 |
| **Bates Number** | FUQUA-1680094 |
| **Date** | 2021-07-04 08:04:00 |
| **Message Subject** | Re: Draft email to JF and SB |
| **File Name** | 0000000048B1FB3DFEDA9F4B8044B5C8AA4F34BCE4252600.MSG |
| **File Type** | Outlook Message File |
| **Message From** | John Gallagher [jgallagher@tgi-hq.com] |
| **Message To** | Erlend Olson [EOlson@tgi-hq.com];Erlend Olson [EOlson@tgi-hq.com] |

| Message CC | — |
|---|---|
| Message BCC | — |
| Privilege | Privileged - Withhold in Full |
| Privilege Claim | Attorney Client Privileged |
| Privilege Description | Attachment |

### Entry 3: FUQUA-1723006

| Control Number | 20220120_0108738 |
|---|---|
| Group Identifier | 20220120_0108738 |
| Bates Number | FUQUA-1723006 |
| Date | 2021-07-08 19:04:00 |
| Message Subject | [External] Re: BUSCHER LETTER - DRAFT ATTY CLIENT PRIV WORK PRODUCT |
| File Name | 0000000054140BFDA2B42B47961ED4A2F419627A842D2700.MSG |
| File Type | Outlook Message File |
| Message From | Judge Sullivan [judgesullivan@freehsporkinsullivan.com] |
| Message To | Erlend Olson [EOlson@tgi-hq.com] |
| Message CC | John Gallagher (john@gallagher-law.com) [john@gallagher-law.com];Eugene Sullivan [esullivan@tgi-hq.com];James Hickey [james@gallagher-law.com];Judge Sullivan [Judgesullivan@freehsporkinsullivan.com] |
| Message BCC | — |
| Privilege | Privileged - Withhold in Full |
| Privilege Claim | Attorney Client Privileged |
| Privilege Description | Attachment |

### Entry 4: FUQUA-1724764

| Control Number | 20220120_0170299 |
|---|---|
| Group Identifier | 20220120_0170299 |
| Bates Number | FUQUA-1724764 |
| Date | 2021-07-28 18:07:00 |
| Message Subject | Complaint Outline - ATTY CLIENT WORK PRODUCT |
| File Name | 00000000B5C86238BCEBED47BC091579A2035070A46E2600.MSG |
| File Type | Outlook Message File |
| Message From | Erlend Olson [EOlson@tgi-hq.com] |

| Message To | pkorologos@bsfllp.com |
|---|---|
| Message CC | Ryan Coughlin [rcoughlin@tgi-hq.com];Joseph Coughlin [joe@crslimited.com];John Gallagher (john@gallagher-law.com) [john@gallagher-law.com] |
| Message BCC | — |
| Privilege | Privileged - Withhold in Full |
| Privilege Claim | Attorney Client Privileged |
| Privilege Description | Privileged email with counsel |

### Entry 5: FUQUA-1724765

| Control Number | 20220120_0170300 |
|---|---|
| Group Identifier | 20220120_0170299 |
| Bates Number | FUQUA-1724765 |
| Date | 2021-07-28 18:07:00 |
| Message Subject | — |
| File Name | PLAINTIFF BUSCHER.docx |
| File Type | Microsoft Office Word Open XML Format |
| Message From | — |
| Message To | — |
| Message CC | — |
| Message BCC | — |
| Privilege | Privileged - Withhold in Full |
| Privilege Claim | Attorney Client Privileged; Attorney Work Product |
| Privilege Description | Privileged email with counsel regarding response to investor. (Timothy Karcher/Esq./Proskauer). |

## III. Subject-Matter References to Buscher in His CFO Capacity

The three entries below are communications captioned in the Message Subject as "CFO Matters," "Documents from our CFO," and "CFO" — references to Defendant Buscher in his role as Chief Financial Officer of Theia.

### Entry 1: FUQUA-1720552

| Control Number | 20220120_0062432 |
|---|---|
| Group Identifier | 20220120_0062432 |

| | |
|---|---|
| **Bates Number** | FUQUA-1720552 |
| **Date** | 2021-01-18 16:23:00 |
| **Message Subject** | Fwd: CFO Matters... |
| **File Name** | 00000000DFFA3F054EB9DA41B8BAF8468C75594024B02000.MSG |
| **File Type** | Outlook Message File |
| **Message From** | John Gallagher [jgallagher@theiagroupinc.com] |
| **Message To** | Erlend Olson [EOlson@theiagroupinc.com] |
| **Message CC** | — |
| **Message BCC** | — |
| **Privilege** | Privileged - Withhold in Full |
| **Privilege Claim** | Attorney Client Privileged |
| **Privilege Description** | Privileged email with counsel regarding litigation status update. |

### Entry 2: FUQUA-1728534

| | |
|---|---|
| **Control Number** | 20220114_0008459 |
| **Group Identifier** | 20220114_0008459 |
| **Bates Number** | FUQUA-1728534 |
| **Date** | 2021-06-12 14:45:00 |
| **Message Subject** | Re: [External] Re: Documents from our CFO |
| **File Name** | 000000009F9B6D2B39ECB04C90DE623D519D7E0CC4552600.MSG |
| **File Type** | Outlook Message File |
| **Message From** | Steve O'Neill [soneill@tgi-hq.com] |
| **Message To** | Judge Sullivan [judgesullivan@freehsporkinsullivan.com] |
| **Message CC** | Judge Sullivan [judgesullivan@freehsporkinsullivan.com];Ronald Fogleman [rfogleman@tgi-hq.com] |
| **Message BCC** | — |
| **Privilege** | Privileged - Withhold in Full |
| **Privilege Claim** | Attorney Client Privileged |
| **Privilege Description** | Privileged email with counsel regarding NDA review. |

### Entry 3: FUQUA-1704743

| | |
|---|---|
| **Control Number** | 20220120_0205441 |
| **Group Identifier** | 20220120_0205441 |

| Bates Number | FUQUA-1704743 |
|---|---|
| Date | 2021-07-08 02:14:00 |
| Message Subject | [External] CFO |
| File Name | 0000000039BFA2A06403F54D9AF1B2BCFF202DC0C4E02000.MSG |
| File Type | Outlook Message File |
| Message From | Jim Newfrock [newfrockj@gmail.com] |
| Message To | Gene Sullivan [Esullivan@freehsporkinsullivan.com];John Gallagher [john@gallagher-law.com];James Hickey [jhickey@tgi-hq.com] |
| Message CC | — |
| Message BCC | — |
| Privilege | Privileged - Withhold in Full |
| Privilege Claim | Attorney Client Privileged |
| Privilege Description | Attachment |