**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 25-cr-69-RCL** |
| | ) | |
| **STEPHEN BUSCHER,** | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

**O R D E R**

Upon consideration of Defendant Stephen Buscher's Motion To Compel Production Of Documents Withheld Under Asserted Attorney-Client Privilege, filed herein on May 5, 2026, and any opposition thereto, it is this _____ day of _____, _____ **HEREBY ORDERED** that the Motion is **GRANTED**, and that the United States shall produce to Defendant Stephen Buscher all documents it obtained from Theia Group, Inc. in this matter.

_____
Royce C. Lamberth
United States District Judge