UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 25-cr-69-RCL |
| | ) | |
| STEPHEN BUSCHER, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

ORDER

Upon consideration of Defendant Stephen Buscher's Motion To Hold Motion to

Compel Production of Documents in Abeyance, filed herein on May 26, 2026, and any opposition

thereto, it is this 9th day of June , 2026 HEREBY ORDERED that the Motion is

GRANTED, and that Defendant Stephen Buscher's Motion to Compel Production of Documents

Withheld Under Asserted Attorney-Client Privilege (ECF No. 130) shall be held in abeyance

pending entry of an amended Privilege Protocol as discussed in the Joint Status Report filed on

May 21, 2026. ECF No.143.

Royce C. Lamberth
United States District Judge